No. 2975. APONTE, APPELLANT, *v.* KENNERLY, APPELLEE. —First District Court of San Juan. Decided February 20, 1923. Motion by appellee for dismissal. It appearing that on October 29, 1922, the last extension granted the appellant

for filing the statement of the case expired and no transcript having been filed in this court, the motion is sustained.